1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **NORTHERN DISTRICT OF CALIFORNIA**
8
9
10 STRIKE 3 HOLDINGS, LLC,,    Case No. 19-cv-00862 NC

11          Plaintiff,    **ORDER OF CONDITIONAL DISMISSAL**

12     v.    Re: Dkt. No. 10

13 JOHN DOE subscriber assigned IP address 24.5.252.16,
14
15          Defendant.

16     The Court having been notified of the settlement of this action, and it appearing that
17 no issue remains for the Court's determination,
18     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
19 DISMISSED with prejudice, with the Court retaining jurisdiction. In the event that the
20 settlement is not reached, any party may move to reopen the case, provided that such
21 motion is filed within sixty days. All pending deadlines and hearings are VACATED.
22     IT IS SO ORDERED.
23     Dated: May 20, 2019
24                                        Nathanael M. Cousins
                                         United States Magistrate Judge
25
26
27
28